FILED 09 MAR 20 15:38 USDC-ORM

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

**MARK RAY TRICE,**

              **Petitioner,**

v.

**BRIAN BELLEQUE, Superintendent,
Oregon State Penitentiary,**

              **Respondent.**

Civ. No. 07-625 CL

**ORDER DISMISSING HABEAS CORPUS PETITION**

This matter having come before the Court on the motion of the petitioner to voluntarily dismiss his habeas corpus petition,

IT IS HEREBY ORDERED that the Petition for a Writ of Habeas Corpus is dismissed without prejudice. In the event that the decision in *Blakely v. Washington*, 542 U.S. 296 (2004), is later made retroactive to cases on collateral review, petitioner has leave to reopen this case only as to the *Blakely* issues, and the limitations period shall be deemed tolled from the date

**Page 1 - ORDER DISMISSING HABEAS CORPUS PETITION**

this Order is signed until sixty (60) days after the date of the decision rendering *Blakely* retroactively applicable. If *Blakely* is made retroactive and the petitioner moves to reopen this case during the above-referenced 60-day period, petitioner may also amend the Petition as of right so as to properly plead all *Blakely*-based claims in this Court.

IT IS SO ORDERED this 19 day of March, 2009.

                                      THE HONORABLE MARK D. CLARKE
                                      U.S. Magistrate Judge

Submitted by:

/s/ Thomas J. Hester
Thomas J. Hester
Attorney for Petitioner

Lynn Larsen (by consent)
Attorney for Respondent